UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JILL M. EGGERING, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No.4:07cv740SNLJ/LMB ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) |
| Defendant. | ) ) |

## ORDER

Having received no objections thereto,

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge Lewis M. Blanton (# 12 ), filed August 27, 2008 be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FINALLY ORDERED** that the final decision of the Commissioner denying the plaintiff's application for a Period of Disability and Disability Insurance Benefits under Title II of the Social Security Act be and is **AFFIRMED**.

Dated this   4th    day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JILL M. EGGERING, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No.4:07cv740SNLJ/LMB |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

## JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Commissioner of Social Security's decision be and is **AFFIRMED**.

Dated this __4th__ day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JILL M. EGGERING, | ) |
| Plaintiff, | ) ) ) |
| vs. | )  No.4:07cv740SNLJ/LMB |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

## JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Commissioner of Social Security's decision be and is **AFFIRMED**.

Dated this   4th   day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE